# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| BUILDING AND CONSTRUCTION | ) | Case No. 1:09-CV-1825 |
| LABORERS LOCAL UNION NO. 310, | ) | |
| | ) | JUDGE JAMES S. GWIN |
| Plaintiff, | ) | |
| | ) | **UNIVERSITY HOSPITALS HEALTH** |
| vs. | ) | **SYSTEM, INC.'S UNOPPOSED** |
| | ) | **MOTION TO INTERVENE** |
| ROMA DESIGN, | ) | |
| | ) | |
| Defendant. | ) | |

Pursuant to Rule 24(a) of the Federal Rules of Civil Procedure, University Hospitals Health System, Inc. ("UHHS") hereby moves this Court for an Order permitting it to intervene in the above-captioned case.  UHHS has the right to intervene in this action because it:  (1) has an interest in the property and/or transaction that is the subject of the action, and, as a practical matter; (2) is so situated that the disposition of this action may impair or impede its ability to protect that interest; and (3) its interest is not adequately represented by the existing parties.  The parties to the above-captioned case do not oppose UHHS's motion to intervene.  A Memorandum in Support is attached further stating the grounds for this Motion, and an Answer setting forth UHHS's defenses is attached to this Motion as Exhibit A.

Respectfully submitted,

/s/David A. Campbell
David A. Campbell  (0066494)
Charles F. Billington III  (0083143)
Elizabeth A. Davis (0082186)
Vorys, Sater, Seymour and Pease LLP
2100 One Cleveland Center
1375 East Ninth Street
Cleveland, Ohio  44114-1724
Phone (216) 479-6100
Fax: (216) 479-6060
dacampbell@vorys.com

- 2 -

cfbillington@vorys.com
eadavis@vorys.com

*Attorneys for Intervenor University Hospitals*
*Health System, Inc.*

- 3 -

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing was filed electronically.

Notice of this filing will be sent to all parties by operation of the Court's electronic filing system

and through regular U.S. Mail to the following:

Susan Gragel
Goldsten Gragel LLC
526 Superior Avenue
Cleveland, Ohio 44114

*Attorney for Plaintiff*

Keith E. Blaha
304 Plaza West Building
20220 Center Ridge Road
Rocky River, Ohio 44116

*Attorney for Defendant*

David A. Campbell
*One of the Attorneys for Intervenor*

08/10/2009  Cleveland 1232893.2